UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DEMAJIO JEROME ELLIS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13 CV 686 |
| ) | |
| INDIANA STATE PRISON, *et al.*, ) | |
| Defendants. ) | |

## OPINION AND ORDER

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 56(e), this court granted Demajio Jerome Ellis, a *pro se* prisoner, until October 9, 2014, to supplement his response to the defendants' motion for summary judgment by providing declaration(s) and/or exhibit(s) explaining in detail when and how he either filed a formal grievance or explaining when and how he tried to do so as well as what prevented him from succeeding or from making additional efforts to file one. *See* Order dated August 26, 2014. (DE #32.) Ellis was cautioned that if he did not respond by that deadline, the motion for summary judgment would be granted for the reasons stated in that opinion. The deadline has passed and Ellis has not responded.

For the foregoing reasons, the motion for summary judgment (DE #21) is **GRANTED** for the reasons explained in this court's order (DE #32) of August 26, 2014.

**SO ORDERED.**

Date: October 27, 2014

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT